# IN THE SUPREME COURT OF THE STATE OF NEVADA

DSHANTE FRANSUAVE STYLES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71477

FILED

SEP 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from an order of the district court denying appellant Dshante Styles' May 31, 2016, postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge. Styles challenged the computation of time he has served. We affirm.[1]

Styles claimed that the Nevada Department of Corrections is not deducting statutory credits from his minimum sentences pursuant to NRS 209.4465(7)(b). Styles' claim lacks merit. NRS 209.4465(7) begins, "Except as otherwise provided in subsection [ ] 8," and NRS 209.4465(8) specifically excludes offenders convicted of category B felonies from deducting statutory credits from their minimum sentences. Styles' sentences are for category B felonies, *see* NRS 200.380(2), that were

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

17-30879

committed after the effective date of NRS 209.4465(8). Accordingly, Styles is not entitled to the deduction of credits from his minimum sentences, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. James E. Wilson, District Judge
Dshante Fransuave Styles
Attorney General/Carson City
Carson City Clerk